# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Catliota, Thomas J. | US Bankruptcy Court for Maryland | 12/17/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

US Courthouse
6500 Cherrywood Lane
Greenbelt, MD 20770

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | LPL. LLC |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Catliota, Thomas J. | 12/17/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | Meadows Foundation, Inc. - Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Catliota, Thomas J. | 12/17/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Catliota, Thomas J.** | 12/17/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br>(2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end<br>of reporting period<br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | <br><br>(2)<br>Date<br>mm/dd/yy | <br><br>(3)<br>Value<br>Code 2<br>(J-P) | <br><br>(4)<br>Gain<br>Code 1<br>(A-H) | <br><br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Conry Development Corp | E | Distribution | N | W | | | | | |
| 2. LPL, LLC | | None | O | W | | | | | |
| 3. Sun Trust | | None | J | T | Distributed (part) | 08/07/19 | O | | |
| 4. Hermes Federated Prime Cash | B | Dividend | M | T | Open | 08/07/19 | O | | |
| 5. Self directed IRA | | | | | | | | | |
| 6. -Growth Fund of America | D | Int./Div. | | | Sold | 08/26/19 | N | | |
| 7. -Fundamental Investors | D | Int./Div. | M | T | Sold (part) | 08/26/19 | N | | |
| 8. -AmCap Fund A | D | Int./Div. | M | T | Sold (part) | 08/26/19 | K | | |
| 9. -New Economy Fund A | D | Int./Div. | M | T | Sold (part) | 08/26/19 | J | | |
| 10. -Investment Company of America | D | Int./Div. | | | Sold | 08/26/19 | N | | |
| 11. -Washinton Mutual Inv | D | Int./Div. | M | T | Sold (part) | 08/26/19 | M | | |
| 12. -Franlikn High Income | A | Int./Div. | | | Sold | 08/14/19 | K | | |
| 13. -Franklin Low | A | Int./Div. | | | Sold | 08/14/19 | K | | |
| 14. -Franklin Daily Access | A | Int./Div. | | | Sold | 08/14/19 | K | | |
| 15. -American Balanced A | D | Int./Div. | M | T | Buy | 08/26/19 | M | | |
| 16. -Amerian Inc Fund of Amer A | D | Int./Div. | M | T | Buy | 08/26/19 | M | | |
| 17. -American New World A | C | Int./Div. | L | T | Buy | 08/26/19 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Catliota, Thomas J.** | 12/17/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. -American SMALLCAP World A | D | Int./Div. | M | T | Buy | 08/26/19 | M | | |
| 19. -Franklin IncomeA | D | Int./Div. | M | T | Buy | 08/26/19 | M | | |
| 20. -JPM Emerging Markets Equity A | C | Int./Div. | L | T | Buy | 08/30/19 | J | | |
| 21. -JPMorgan Equity Income A | B | Int./Div. | M | T | Buy | 08/30/19 | M | | |
| 22. -JPMorgan Global Allocation A | B | Int./Div. | M | T | Buy | 08/30/19 | M | | |
| 23. -JPMorgan Global Bond Opp A | B | Int./Div. | L | T | Buy | 08/30/19 | L | | |
| 24. -JPMorgan Growth Advantage A | C | Int./Div. | L | T | Buy | 08/30/19 | L | | |
| 25. -JPMorgan Income Builder A | D | Int./Div. | M | T | Buy | 08/26/19 | M | | |
| 26. -JPMorgan Income A | B | Int./Div. | L | T | Buy | 08/30/19 | L | | |
| 27. -JPMorgan Small Cap Blend A | C | Int./Div. | M | T | Buy | 08/30/19 | M | | |
| 28. -JPMorgan Value Advantage A | B | Int./Div. | L | T | Buy | 08/30/19 | M | | |
| 29. Hermes Federated Prime Cash | A | Int./Div. | M | T | Redeemed<br>(part) | 10/07/19 | N | | |
| 30. Ally Bk Sandy Utah CD | A | Int./Div. | J | T | Buy | 10/09/19 | J | | |
| 31. Chicago IL O Hare INTL Rev C MUNI | A | Int./Div. | J | T | Buy | 10/07/19 | J | | |
| 32. Metropolitan Transn Auth N Y MUNI | A | Int./Div. | K | T | Buy | 10/07/19 | K | | |
| 33. Erie PA Wtr Auth Wtr Rev 2018 A MUNI | A | Int./Div. | J | T | Buy | 10/07/19 | J | | |
| 34. Accenture PLC Ireland | | None | J | T | Buy | 10/07/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Catliota, Thomas J. | 12/17/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Amazon.Com Inc | | None | J | T | Buy | 10/07/19 | J | | |
| 36. CVS Health Corporation | | None | J | T | Buy | 10/07/19 | J | | |
| 37. Enbridge Inc | | None | J | T | Buy | 10/07/19 | J | | |
| 38. JPMorgan Chase & Co | | None | J | T | Buy | 10/07/19 | J | | |
| 39. Philip Morris INTL Inc | | None | J | T | Buy | 10/07/19 | J | | |
| 40. Walt Disney Co | | None | J | T | Buy | 10/07/19 | J | | |
| 41. 3M Co | | None | J | T | Buy | 10/07/19 | J | | |
| 42. iShares INTL Select Div ETF | A | Int./Div. | K | T | Buy | 10/07/19 | K | | |
| 43. iShares MSCI EAFE Growth ETF | A | Int./Div. | K | T | Buy | 10/07/19 | K | | |
| 44. Vanguard Mid Cap Value ETF | A | Int./Div. | K | T | Buy | 10/07/19 | J | | |
| 45. Vanguard Mid Cap Growth ETF | A | Int./Div. | K | T | Buy | 10/07/19 | J | | |
| 46. Vanguard Small Cap Growth ETF | A | Int./Div. | J | T | Buy | 10/07/19 | J | | |
| 47. Vanguard Small Cap Value ETF | A | Int./Div. | K | T | Buy | 10/07/19 | J | | |
| 48. Vanguard Intl EquiyInd All-world | A | Int./Div. | J | T | Buy | 10/07/19 | J | | |
| 49. Vanguard Int Equity Emerging Markets | A | Int./Div. | J | T | Buy | 10/07/19 | J | | |
| 50. JP Morgan High Yield | A | Int./Div. | J | T | Buy | 10/07/19 | K | | |
| 51. Goldman Sachs Bk USA New York CD | A | Int./Div. | J | T | Buy | 10/11/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Catliota, Thomas J. | 12/17/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Wells Fargo Bk N A Sioux Falls CD | A | Int./Div. | J | T | Buy | 10/16/19 | J | | |
| 53. Wells Fargo Bk N A Sioux Falls CD | A | Int./Div. | J | T | Buy | 10/16/19 | J | | |
| 54. Hermes Federated Prime Cash | B | Int./Div. | M | T | Redeemed (part) | 12/09/19 | M | | |
| 55. Evanston IL MUNI | A | Int./Div. | K | T | Buy | 12/09/19 | K | | |
| 56. West Virginia St MUNI | B | Int./Div. | J | T | Buy | 12/09/19 | J | | |
| 57. New York N Y MUNI | A | Int./Div. | J | T | Buy | 12/09/19 | J | | |
| 58. Abbvie Inc | | None | J | T | Buy | 12/09/19 | J | | |
| 59. Berkshire Hathaway Inc Cl B | | None | J | T | Buy | 12/09/19 | J | | |
| 60. Blackrock Inc CI A | | None | J | T | Buy | 12/09/19 | J | | |
| 61. General Electric Co | | None | J | T | Buy | 12/09/19 | J | | |
| 62. Linde PLC | | None | J | T | Buy | 12/09/19 | J | | |
| 63. Microsoft Corp | | None | J | T | Buy | 12/09/19 | J | | |
| 64. Pepsico Inc | | None | J | T | Buy | 12/09/19 | J | | |
| 65. Starbucks Corp | | None | J | T | Buy | 12/09/19 | J | | |
| 66. Vanguard FTSE All-World Ex US | | None | J | T | Buy | 12/09/19 | J | | |
| 67. Vanguard FTSE Emerging Mkt ETF | | None | J | T | Buy | 12/09/19 | J | | |
| 68. JP Morgan High Yield Muni | | None | K | T | Buy | 12/09/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Catliota, Thomas J. | 12/17/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Vanguard Index Small Cap Value ETF | A | Int./Div. | K | T | Buy | 12/09/19 | J | | |
| 70. Vanguard Index FDS Small Cap Growth ETF | A | Int./Div. | K | T | Buy | 12/09/19 | J | | |
| 71. Vanguard Mid Cap Value ETF | A | Int./Div. | K | T | Buy | 12/09/19 | J | | |
| 72. Vanguard Mid Cap Growth ETF | A | Int./Div. | K | T | Buy | 12/09/19 | J | | |
| 73. iShares INTL Select Div ETF | A | Int./Div. | K | T | Buy | 12/09/19 | K | | |
| 74. iShares MSCI EAFE Growth ETF | A | Int./Div. | K | T | Buy | 12/09/19 | K | | |
| 75. American Funds - Guardian | | | | | | | | | |
| 76. -Capital World Growth | A | Int./Div. | K | T | Sold (part) | 08/22/19 | J | | |
| 77. -EuroPacific Growth Fund | A | Int./Div. | J | T | Sold (part) | 08/22/19 | J | | |
| 78. -Fundamental Investors | A | Int./Div. | J | T | Sold (part) | 03/26/19 | J | | |
| 79. -Growth Fund of America | B | Int./Div. | K | T | Sold (part) | 08/14/19 | J | | |
| 80. -Investment Company of America | A | Int./Div. | K | T | | | | | |
| 81. -New Economy Fund | A | Int./Div. | J | T | Sold (part) | 08/14/19 | J | | |
| 82. -New Persepctive Fund | A | Int./Div. | J | T | Sold (part) | 08/22/19 | J | | |
| 83. -SMALLCAP world Fund | A | Int./Div. | K | T | | | | | |
| 84. -Bond Fund of America | A | Int./Div. | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Thomas J. Catliota**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544